

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00314-CV

———————————————

IN RE JOHN C. KING AND GENEVIEVE M. KING AND ALL OCCUPANTS
OF 11898 EASTPARK LANE, FRISCO, TEXAS, Relators

---

Original Proceeding
Trial Court No. CV-2019-01649-JP

---

Before Bassel, Gabriel, and Kerr, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: August 28, 2019